Jeremy S. Golden (SBN 228007)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471

Attorney for Plaintiff
ROCCO NORTON

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| ROCCO NORTON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>NATIONSTAR MORTGAGE, LLC, a limited liability company and DOES 1 through 10, inclusive,<br><br>　　　　Defendant. | CASE NO. 2:16-cv-07361-JFW-PLA<br><br>**ORDER OF DISMISSAL WITH PREJUDICE [FRCP 41(a)(1)(A)(ii)]**<br><br>JUDGE:　　Hon. John F. Walter<br>CRTRM.:　　7A<br><br>ACTION FILED:　September 30, 2016<br>TRIAL DATE:　　July 25, 2017 |
|---|---|

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties with each party bearing its own attorney's fees and costs.

DATED: May 3, 2017

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE